FILED
January 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RENEE COCKRUM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. SA-23-CV-1328-OLG |
| § | |
| CAROLYN COLVIN, Acting § | |
| Commissioner of Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Recommendation") (Dkt. No. 13), filed on January 6, 2025, that the final decision of the Commissioner of Social Security Administration (the "Commissioner") be affirmed. Neither party filed objections to the Recommendation.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Recommendation and is of the opinion that it is correct. Accordingly, the Recommendation (Dkt. No. 13) is **ACCEPTED** and, for the reasons set forth therein, the decision of the Commissioner is **AFFIRMED**.

The Clerk of Court is directed to **CLOSE** this matter.

SIGNED this 29 day of January, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE